

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00348-CR

**IN RE** Sylvia **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

On June 8, 2015, relator Sylvia Martinez filed a petition for writ of mandamus complaining of the trial court's denial of her request for issuance of a writ of habeas corpus and failure to consider the merits of her habeas application. This court requested a response to the petition for writ of mandamus on June 17, 2015. A response was filed on behalf of the respondent on June 29, 2015. The court has considered relator's petition and the response and has determined that relator is entitled to only a part of the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Steven Hilbig is ORDERED to provide a ruling on Martinez's application for writ of habeas corpus, or allow an adequate time for her to obtain a ruling from another district judge, before proceeding to trial in the underlying criminal proceeding. The writ will issue only if we are notified that Judge Hilbig has not done as directed within fourteen days from the date of this order.

With the petition for writ of mandamus filed in this court, relator also filed a motion for leave to file the petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED AS MOOT. The temporary stay of trial previously granted by this court is LIFTED with trial to proceed in accordance with this court's opinion.

It is so **ORDERED** on August 26, 2015.

_____
Jason Pulliam, Justice

---

[1] This proceeding arises out of Cause No. 2014CR1384, styled *The State of Texas v. Sylvia Martinez*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Steve Hilbig presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

Keith E. Hottle, Clerk